UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ROBERT E. BROWN,<br><br>           Defendant. | No. CR-96-096-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the defendant's motion for reduction of the term of imprisonment he is serving, 18 U.S.C. § 3582(c)(2); the Court having determined that the United States Sentencing Commission has amended the Sentencing Guidelines in a manner that would result in a shorter term of imprisonment for the defendant; and the Court having further determined that the amendment applies retroactively; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion for reduction of his term of imprisonment (Ct. Rec. 126) is granted in part.

2. The period of imprisonment that the defendant is serving is reduced to 240 months. All other terms of the defendant's sentence remain the same. An amended judgment will be entered.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  6th  day of May, 2008.

                             s/ Fred Van Sickle
                                Fred Van Sickle
                Senior United States District Judge

ORDER - 1