Case 2:96-cr-00096-FVS    Document 137    Filed 05/06/08

AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

| | |
|---|---|
| United States of America ) | Case No: 2:96CR00096-FVS-1 |
| v. ) | USM No: 08959-085 |
| Robert E. Brown ) | |
| ) | Tracy Arlene Staab |
| Date of Previous Judgment: 02/19/1997 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __292__ months **is reduced to** __240__.
Defendant's Motion for Retroactive Application of Sentencing Guidelines, Ct. Rec. 126, is GRANTED IN PART.

Except as provided above, all provisions of the judgment dated __02/19/1997__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/6/2008

Judge's signature: s/Fred Van Sickle

Effective Date: 5/6/2008
(if different from order date)

The Honorable Fred L. Van Sickle    Senior Judge, U.S. District Court
Printed name and title