PROB 12B
(7/93)

Report Date: February 12, 2013

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Earl Brown | Case Number: 2:96CR00096-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 2/7/1997 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 4/12/2013 |
| Original Sentence: Prison - 292 Months; TSR - 120 Months; Amended Sentence: Prison - 240 Months; TSR -120 Months | Date Supervision Expires: 4/11/2023 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to U.S. vs. Stephens, the above modification, with the offender's consent, is being submitted for Your Honor's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/12/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
**Re:  Brown, Robert Earl**
**February 12, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer

2/12/13
_____
Date